James A. Patten (ID #1191)
Molly S. Considine (ID #13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone (406) 252-8500
Facsimile (406) 294-9500
Email: apatten@ppbglaw.com
mconsidine@ppbglaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**EAGLE BEAR INC.,**<br><br>Debtor. | Case No. **22-40035**<br>Chapter 11<br><br>**NOTICE OF NON-COMPLIANCE** |

EAGLE BEAR, INC., Debtor and Debtor in Possession ("Debtor"), by and through its counsel, James A. Patten and Molly S. Considine, notifies this Court that notwithstanding this Court's oral ruling made following the May 27, 2022 hearing on Debtor's Motion to Determine the Extent of the Automatic Stay (ECF No. 8) and this Court's written order issued earlier this afternoon (ECF No. 30) restating that order and expressly advising the Blackfeet Indian Nation that it is prohibited from interfering with Debtor's business operations and is remove any impediements affecting the ability of Debtor or its customers access to the Debtor's business, the Blackfeet Indian Nation again blocked the gate into the Debtor's campground (that was removed earlier this afternoon). The need for an emergency hearing continues at this time.

1

Dated this 31st day of May, 2022.

        **PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
        2817 Second Ave. North, Suite 300
        P.O. Box 1239
        Billings, Montana 59101


        By:/s/JA Patten
            James A. Patten
            Attorney for Debtor


## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify under penalty of perjury that on the 31st day of May, 2022 a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail and email on the following parties: None


        By: /s/JA Patten
            For Patten, Peterman, Bekkedahl & Green, PLLC